# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

May 16, 2012

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303



     Re:  Carel A. Prater
         v. United States
         No. 11-10342
         (Your No. 10-12909)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on May 14, 2012 and placed on the docket May 16, 2012 as No. 11-10342.

Sincerely,

**William K. Suter**, Clerk

by

Redmond K. Barnes
Case Analyst